```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
BARBARA WOODS,

                Plaintiff,
                                                    O R D E R
        - against -
                                                    24 Civ. 4492(NRB)
MARGARET WALSH, FNP, and WALTON
FAMILY HEALTH CENTER,

                Defendants.
---------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on or about April 3, 2023, plaintiff Barbara Woods brought a civil action against defendants Margaret Walsh, FNP, and Walton Family Health Center in the Supreme Court of the State of New York, County of Bronx, Index No. 805286/2023E;

    **WHEREAS** on June 12, 2024, the Government filed a notice of removal from the Supreme Court of the State of New York, Bronx County pursuant to 42 U.S.C. § 233(c) and 28 U.S.C. § 2679(d)(2);

    **WHEREAS** on August 21, 2024, the parties stipulated and agreed to substitute the United States of America as defendant in place of the Walton Family Health Center and to dismiss without prejudice all claims in the action against the United States of America pursuant to Fed. R. Civ. P. 41(a)(2);

    **WHEREAS** on August 23, 2024, plaintiff filed ECF No. 10 in response to the aforementioned stipulation requesting that this Court remand the case;

**WHEREAS** as a result of the parties' stipulation to dismiss the claims against the United States of America, there is no longer a basis for federal jurisdiction; it is hereby

**ORDERED** that this case is remanded to the Supreme Court of the State of New York, Bronx County, and the Clerk of Court is directed to effectuate the remand.

Dated:   New York, New York
         September 5, 2024

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE